UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| v. | |
| JOSE ALFREDO PACHECO CASTANEDA, | JUDGE |
| MARIO ALBERTO PACHECO, | |
| JAMIE CHAIDEZ-CAMBERO, | **INDICTMENT** |
| and | 21 U.S.C. § 841(a)(1) |
| JOSE LUIS TORRES, | 21 U.S.C. § 841(b)(1)(A)(ii) |
| | 21 U.S.C. § 846 |
| Defendants. | 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

## COUNT ONE

### Title 21, United States Code, Section 846
### Conspiring to Possess with the Intent to Distribute and Distribute a Controlled Substance

Beginning on an exact date unknown, but at least by in or about July 2024 and continuing until on or about August 4, 2024, in the Southern District of Ohio and elsewhere, the defendants, **JOSE ALFREDO PACHECO CASTANEDA, MARIO ALBERTO PACHECO, JAIME CHAIDEZ-CAMBERO,** and **JOSE LUIS TORRES**, did knowingly and intentionally combine, conspire, confederate, and agree with each other, and with others whose identities are both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

**All in violation of Title 21, United States Code, Section 846.**

### COUNT TWO

### Title 21, United States Code, Section 841 (a)(1)
### Distribution of a Controlled Substance

On or about July 30, 2024, in the Southern District of Ohio and elsewhere, the defendants, **JAIME CHAIDEZ-CAMBERO** and **JOSE LUIS TORRES,** did knowingly and intentionally distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.**

### COUNT THREE

### Title 21, United States Code, Section 841(a)(1)
### Possession with Intent to Distribute a Controlled Substance

On or about July 30, 2024, in the Southern District of Ohio and elsewhere, the defendants, **JAIME CHAIDEZ-CAMBERO** and **JOSE LUIS TORRES,** did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance.

**In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii), and Title 18, United States Code, Section 2.**

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses set forth in Counts 1, 2, and/or 3 of this Indictment, the defendants, **JOSE ALFREDO PACHECO CASTANEDA, MARIO ALBERTO PACHECO, JAIME CHAIDEZ-CAMBERO, and JOSE LUIS TORRES**, shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s).

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL

*s/ Foreperson*
GRAND JURY FOREPERSON

DOMINICK S. GERACE II
United States Attorney
Southern District of Ohio

SHEILA G. LAFFERTY
Assistant United States Attorney